UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RENE STRINGER | CIVIL ACTION NO. 09-CV-01264 |
| VERSUS | JUDGE JAMES |
| WESLEY HORTON, RICK TUCKER KRIS WALKER AND THE TOWN OF JONESBORO, LOUISIANA | MAGISTRATE JUDGE HAYES |

## ORDER

Considering the above and foregoing motion;

IT IS ORDERED, ADJUDGED AND DECREED that the above captioned lawsuit, including all claims and demands of plaintiff, RENE STRINGER, against defendants, WESLEY HORTON, RICK TUCKER, KRIS WALKER, LESLIE THOMPSON AND THE TOWN OF JONESBORO, be and it is hereby dismissed, with prejudice.

THUS DONE AND SIGNED in Monroe, Ouachita Parish, Louisiana, this \_\_\_\_\_ day of _____, 2011.

_____
JUDGE